**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas Van Osten             CHAPTER 13
       Cynthia Ann Van Osten

             Debtor(s)                   BKY. NO. 20-13152 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 and index same on the master mailing list.

                                   Respectfully submitted,

                               /s/ **Rebecca Solarz**
                               Rebecca Solarz
                               20 Jun 2022, 10:14:28, EDT

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322