# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| THOMAS VAN OSTEN and | ) | |
| CYNTHIA ANN VAN OSTEN, | ) | |
| Debtors | ) | CASE NO. 20-13152-MDC |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | **HEARING DATE**: |
| Movant | ) | Tuesday, July 19, 2022 |
| | ) | 10:30 a.m. |
| vs. | ) | |
| | ) | **LOCATION**: |
| THOMAS VAN OSTEN and | ) | U.S. Bankruptcy Court |
| CYNTHIA ANN VAN OSTEN, | ) | Eastern District of Pennsylvania |
| Respondents | ) | Courtroom # 2 |
| and | ) | 900 Market Street |
| KENNETH E. WEST, | ) | Philadelphia, PA 19107 |
| Trustee | ) | |

## PRAECIPE TO WITHDRAW CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE CLERK:

Kindly withdraw Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay in reference to the above matter, without prejudice.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

    /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036