

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

March 14, 2023

Clerk of U.S. Bankruptcy Court
Eastern District of Pennsylvania – Philadelphia
Robert N.C. Nix, Sr. Federal Building
900 Market Street
Philadelphia, PA 19107

RE: CYNTHIA A. VAN OSTEN
SSN: XXX-XX-9205
BANKRUPTCY CASE#:  20-13152 MDC

Dear Clerk:

Please withdraw claim #5 filed by Educational Credit Management Corporation (ECMC) in the amount of $26,774.42 filed on August 24, 2020. Claim #5 has been paid in full through consolidation.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 221-0566 X 113726.

Sincerely,

Qao Shoua Xiong
ECMC Senior Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408