IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>20-13152-mdc |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3<br>    Movant.<br>v.<br><br>Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party. This request includes not only the notices and papers

referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

        Respectfully submitted,

Dated:  January 29, 2024        BY:*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

LLG File #: 24-070457

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>20-13152-mdc |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3<br>    Movant.<br>v.<br><br>Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

      I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 29th day of January, 2024:

Thomas Van Osten
107 Charlotte Drive
Churchville, PA 18966

Cynthia Ann Van Osten
107 Charlotte Drive
Churchville, PA 18966

Mudrick & Zucker, PC
325 Sentry Parkway East
Building 5 West - Suite 320
Blue Bell, PA 19422
dpmudrick@verizon.net - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com