IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>20-13152-mdc |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3<br>    Movant.<br>v.<br><br>Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **PRAECIPE TO WITHDRAW**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3's Motion for Relief from the Automatic Stay filed with the Court on February 7, 2024.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>20-13152-mdc |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3<br>    Movant.<br>v.<br><br>Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

### CERTIFICATE OF SERVICE

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 13th day of May, 2024:

Thomas Van Osten
107 Charlotte Drive
Churchville, PA 18966

Cynthia Ann Van Osten
107 Charlotte Drive
Churchville, PA 18966

Mudrick & Zucker, PC
325 Sentry Parkway East
Building 5 West - Suite 320
Blue Bell, PA 19422
dpmudrick@verizon.net - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

     I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>20-13152-mdc |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3<br>    Movant.<br>v.<br>Thomas Van Osten and Cynthia Ann Van Osten<br>    Debtors/Respondents,<br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **O R D E R**

**AND NOW**, this _____ day of _____, 2024, upon consideration of Nationstar Mortgage LLC's Motion to Withdraw Motion for Relief, it is hereby ORDERED and DIRECTED that the Motion for Relief filed at Document Number 62 is WITHDRAWN.

                                                          BY THE COURT:

                                                          _____
                                                          HONORABLE PATRICIA M. MAYER
                                                          UNITED STATES BANKRUPTCY JUDGE