Certificate Number: 17082-PAE-DE-039785009

Bankruptcy Case Number: 20-13152



17082-PAE-DE-039785009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 19, 2025, at 12:01 o'clock PM MST, CYNTHIA VANOSTEN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 19, 2025           By:   /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director