United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13152-djb |
| Thomas Van Osten | Chapter 13 |
| Cynthia Ann Van Osten | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 18, 2025 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Van Osten, Cynthia Ann Van Osten, 107 Charlotte Drive, Churchville, PA 18966-1381 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 19 2025 01:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2025 01:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2025                     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 18, 2025 | Form ID: 138FIN | Total Noticed: 3 |

DANIEL P. MUDRICK
    on behalf of Debtor Thomas Van Osten dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DANIEL P. MUDRICK
    on behalf of Joint Debtor Cynthia Ann Van Osten dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com

HEATHER STACEY RILOFF
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu logsecf@logs.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for the Bank of New York Mellon f/k/a the Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank, National Association for CWHEQ Revo kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 138FIN* (6/24)−doc 81 − 79

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Thomas Van Osten                  Case No. 20−13152−djb

   Cynthia Ann Van Osten           Chapter: 13

   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania  
> 900 Market Street  
> Suite 400  
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: August 18, 2025                                         For The Court

                                                                  Timothy B. McGrath  
                                                                   Clerk of Court