United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-13152-djb
Thomas Van Osten  Chapter 13
Cynthia Ann Van Osten
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Van Osten, Cynthia Ann Van Osten, 107 Charlotte Drive, Churchville, PA 18966-1381 |
| 14523566 | | NORTHAMPTON BUCKS COUNTY MUNI AUTHORITY, 815 Bustleton Pike, Richboro, PA 18954-1354 |
| 14850248 | + | The Bank of New York Mellon, c/o Christopher A. DeNardo, Esq, 985 Old Eagle School Road, Ste 514, Wayne, PA 19087-1712 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 03 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14523558 | | Email/Text: bncnotifications@pheaa.org | Oct 03 2025 00:17:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14528529 | | Email/PDF: bncnotices@becket-lee.com | Oct 03 2025 00:27:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14532296 | + | Email/Text: RASEBN@raslg.com | Oct 03 2025 00:17:00 | Bankof New York Mellon fka The successor, JP Morgan Chase NA, c/o ROBERTSON, ANSCHUTZ, SCHNEID & CRANE, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,, DULUTH, GA 30097-8461 |
| 14523559 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 03 2025 00:27:39 | CAPITAL ONE AUTO FINANCE, PO Box 259407, Plano, TX 75025-9407 |
| 14523560 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 00:26:25 | CAPITAL ONE BANK USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14523561 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2025 00:17:00 | COMENITY CAPITAL BANK/OVER, PO Box 182120, Columbus, OH 43218-2120 |
| 14523562 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2025 00:27:06 | CREDIT ONE BANK, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14525753 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2025 00:39:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14535684 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2025 00:39:13 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14535695 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 03 2025 00:27:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14532000 | + | Email/Text: ECMCBKNotices@ecmc.org | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14523563 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2025 00:17:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| | | | Oct 03 2025 00:17:00 | INTERNAL REVENUE SERVICE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14529016 | | Email/PDF: bncnotices@becket-lee.com | Oct 03 2025 00:27:41 | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14523564 | + | Email/Text: Documentfiling@lciinc.com | Oct 03 2025 00:16:00 | LENDING CLUB CORPORATION, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 14546740 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:26:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14523565 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 00:17:00 | NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14926505 | | Email/Text: mtgbk@shellpointmtg.com | Oct 03 2025 00:17:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 14523567 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2025 00:17:00 | PA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14548359 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2025 00:27:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14545816 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2025 00:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14523568 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 03 2025 00:17:00 | SANTANDER CONSUMER USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14525923 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 03 2025 00:17:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14523569 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 03 2025 00:17:00 | SPECIALIZED LOAN SERVICING, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14531676 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 00:17:00 | THE BANK OF NEW YORK MELLON, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14699590 | ^ | MEBN | Oct 03 2025 00:15:41 | THE BANK OF NEW YORK MELLON, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14849951 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 00:17:00 | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14527282 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 03 2025 00:17:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu logsecf@logs.com |
| DANIEL P. MUDRICK | on behalf of Joint Debtor Cynthia Ann Van Osten dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DANIEL P. MUDRICK | on behalf of Debtor Thomas Van Osten dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com |
| HEATHER STACEY RILOFF | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu logsecf@logs.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing LLC as Servicing Agent for the Bank of New York Mellon f/k/a the Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank, National Association for CWHEQ Revo kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

Form 138OBJ (6/24)–doc 84 – 79

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>  Thomas Van Osten  )<br>  )<br>  )<br>  Cynthia Ann Van Osten  )<br>  )<br>  Debtor(s).  ) | Case No. 20−13152−djb<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 2, 2025

For The Court

Mohung Wong
Clerk of Court