United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 20-13152-djb

Thomas Van Osten                                                      Chapter 13

Cynthia Ann Van Osten

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                              Page 1 of 2

Date Rcvd: Oct 15, 2025                 Form ID: 138FIN                           Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Thomas Van Osten, Cynthia Ann Van Osten, 107 Charlotte Drive, Churchville, PA 18966-1381 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Oct 16 2025 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHRISTOPHER A. DENARDO | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu logsecf@logs.com |

DANIEL P. MUDRICK
                         on behalf of Debtor Thomas Van Osten dpmudrick@verizon.net
                         g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DANIEL P. MUDRICK
                         on behalf of Joint Debtor Cynthia Ann Van Osten dpmudrick@verizon.net
                         g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

DENISE ELIZABETH CARLON
                         on behalf of Creditor THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                         on behalf of Creditor The Bank of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase
                         Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu
                         bkgroup@kmllawgroup.com

HEATHER STACEY RILOFF
                         on behalf of Creditor The Bank of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase
                         Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu logsecf@logs.com

JASON BRETT SCHWARTZ
                         on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com,
                         bankruptcy@friedmanvartolo.com

KENNETH E. WEST
                         ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
                         on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for the Bank of New York Mellon f/k/a the Bank of
                         New York as Successor Indenture Trustee to JPMorgan Chase Bank, National Association for CWHEQ Revo
                         kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHELLE L. MCGOWAN
                         on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase
                         Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu
                         mimcgowan@raslg.com

MICHELLE L. MCGOWAN
                         on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*Form 138FIN* (6/24)−doc 87 − 86

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Thomas Van Osten                        )          Case No. 20−13152−djb
                                            )
                                            )
    Cynthia Ann Van Osten                   )          Chapter: 13
                                            )
    Debtor(s).                              )

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: October 15, 2025

For The Court

Mohung Wong
Clerk of Court