United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-13152-djb |
|---|---|
| Thomas Van Osten | Chapter 13 |
| Cynthia Ann Van Osten | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas Van Osten, Cynthia Ann Van Osten, 107 Charlotte Drive, Churchville, PA 18966-1381 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu logsecf@logs.com |
| DANIEL P. MUDRICK | on behalf of Debtor Thomas Van Osten dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DANIEL P. MUDRICK | on behalf of Joint Debtor Cynthia Ann Van Osten dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 195 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu bkgroup@kmllawgroup.com |
| HEATHER STACEY RILOFF | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu logsecf@logs.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for the Bank of New York Mellon f/k/a the Bank of New York as Successor Indenture Trustee to JPMorgan Chase Bank, National Association for CWHEQ Revo kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Thomas Van Osten and Cynthia Ann Van Osten : Case No. 20−13152−djb
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 22, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Derek J Baker
Judge, United States Bankruptcy Court

Form 195